# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| RICK TAYLOR, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-149 |
| v. | * | |
| JOHN V. FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10, to which Petitioner Rick Taylor ("Taylor") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES as moot** Taylor's 28 U.S.C. § 2241 Petition, **DENIES Taylor** in *forma pauperis* status on appeal, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_5\_\_\_ day of \_\_\_December\_\_\_, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA